United States District Court
Southern District of Texas
**ENTERED**
July 06, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DENNIS SPURLING, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01794 |
| | § | |
| CINDY EILENE WRIGHT, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Pending before the Court is Plaintiff's Unopposed Motion for Leave to File Second Supplemental and Amended Complaint. ECF No. 32. Pursuant to Federal Rule of Civil Procedure 15(a)(2), the Court hereby **GRANTS** Plaintiff's Unopposed Motion for Leave.

The Clerk is therefore **ORDERED** to file Plaintiff's Second Supplemental and Amended Complaint, which was attached as Exhibit 1 to Plaintiff's Motion, as Plaintiff's Second Amended Complaint.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 1st day of July, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE