UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DENNIS SPURLING,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CINDY EILEEN WRIGHT AND JOHNATHAN E. DAVIS<br><br>　　　　Defendant. | Civil Action No. 4:22-cv-01794<br><br>**MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL** |

NOW INTO COURT comes undersigned counsels who moves for leave of court to file exhibits under seal pursuant to the following:

> "Parties must file a Motion for Leave to File Under Seal and obtain leave of court to file a Sealed Document or a Sealed Motion, unless the document is a responsive filing to a motion or document already filed under seal. See Section XV, Administrative Policy Governing Electronic Filing and Service.

In addition to the courts instructions per the August 3, 2022 email from A.Rivera. Attachment 1.

Attached please find Exhibits 3, 5, 6, 7, 8, 22, 25, and 29.  These Exhibits are comprised of color Photographs that depict Plaintiff's family Members in public and private settings.  Said exhibits are part of a "Responsive filing to Defendant's Motion to Dismiss at Dk. Pos. 36 and Dk. Pos 37.  Under normal filing rules said exhibits would have been filed contemporaneously with Plaintiff's Memorandum in

Opposition to Defendant's Motion to Dismiss at Dk Pos. 44 and DK Pos. 45.

Said photographs comport with United States District Court Southern District of Texas Administrative Procedures for Electronic Filing in Civil and Criminal Cases at https://www.txs.uscourts.gov/sites/txs/files/admcvcrproc.pdf    However considering this courts recent Order at Dk Pos. 40, Sealing the record at Dk Pos. 36 & 37 and harsh rebuke of Defense counsel and warning to all parties.

WHEREFORE, Plaintiff ask permission to file Exhibits 3, 5, 6, 7, 8, 22, 25, and 29 under seal.

Respectfully submitted,

DENNIS SPURLING PLLC
ATTORNEYS AT LAW & FRIENDS

By ___/s/Dennis D. Spurling_____

DENNIS D. SPURLING, ESQ.
Pro Se Litigant
3003 South Loop West Suite 400
Houston, Texas 77054
(713) 229-0770 Telephone
(713) 229-8444 Facsimile
ddspurling@dennisspurling.com