United States District Court
Southern District of Texas
**ENTERED**
August 05, 2022
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| **DENNIS SPURLING,** § § | |
| Plaintiff, § § | |
| VS. § | **CIVIL ACTION NO. 4:22-CV-01794** |
| § § | |
| **CINDY EILENE WRIGHT,** *et al.*, § § | |
| Defendants. § | |

## SEAL ORDER

Pending before the Court is Plaintiff's Motion for Leave to File Exhibits Under Seal. ECF No. 46. Having reviewed the filing, the Court hereby **GRANTS** the Motion and **ORDERS** that Plaintiff shall have leave to file Exhibits 3, 5, 6, 7, 8, 22, 25, and 29 under seal.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas on this 4th day of August, 2022.

_____
KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE