United States District Court
Southern District of Texas
**ENTERED**
August 23, 2022
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **DENNIS SPURLING,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:22-CV-01794 |
| | § | |
| **CINDY EILENE WRIGHT,** *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

In direct contravention of the Court's previous Order discussing the importance of using the initials of minor children in unsealed filings (ECF No. 49), Defendant referred to a minor child using that child's full name in exhibits to her reply. *See* ECF Nos. 49-2, 49-3. The Court hereby orders the Clerk of the Court to seal Docket Entry 49-2 and Docket Entry 49-3 in this case.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 23rd day of August, 2022.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE